UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM BLAIR BOYCE,
Plaintiff,
v.
JPMORGAN CHASE BANK, N.A.,
Defendant.

Case No. 1:25-cv-10131-GBD-GS

### NOTICE REGARDING DISMISSAL OF RELATED FIRST-FILED ACTION AND REQUEST TO LIFT STAY

Plaintiff Malcolm Blair Boyce respectfully submits this Notice to inform the Court of a material procedural development affecting the stay currently in place in this action.

1. On December 23, 2025, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) in the first-filed action, Zero Point MGMT v. JPMorgan Chase Bank, N.A., Case No. 1:25-cv-08413-GBD-GS.

2. That notice dismissed the first-filed action in its entirety. Defendant had not filed an answer or a motion for summary judgment, and the dismissal was therefore self-executing.

3. In its December 22, 2025 Order, the Court stayed this action pending a determination of whether the first-filed action would proceed.

4. Because the first-filed action has now been voluntarily dismissed and will not proceed, the predicate basis for the stay no longer exists.

Accordingly, Plaintiff respectfully requests that the stay in this action be lifted and that the case proceed in the ordinary course, including the setting of an appropriate deadline for Defendant to answer or otherwise respond to the Complaint.

Plaintiff submits this Notice solely to apprise the Court of the changed procedural posture and to request appropriate administrative relief.

Dated: December 28th, 2025
New York, New York

Respectfully submitted,

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce
Plaintiff, Pro Se
350 Canal Street, Suite 194
New York, NY 10013
Email: malcolmbboyce@gmail.com

Certificate of Service

I certify that on December 28th, 2025, a true and correct copy of this Notice was served via electronic mail upon counsel for Defendant.

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce