UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOLM BLAIR BOYCE,<br><br>                Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>                Defendant. | Case No. 1:25-cv-10131-GBD-GS |

**NOTICE OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss, and the Declaration of Sylvia E. Simson and the exhibits annexed thereto, Chase moves this Court for an order dismissing the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 41(b).

*[Remainder of page intentionally left blank]*

1

Dated: February 27, 2026
      New York, New York

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____/s/ Sylvia E. Simson_____
      Sylvia E. Simson
      John C. Molluzzo Jr.

One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 801-9200
Sylvia.Simson@gtlaw.com
MolluzzoJ@gtlaw.com

Michael V. Pucci
333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Tel: (305) 579-0648
Michael.Pucci@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

2