# Exhibit 1

## U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25-cv-08413-GBD-GS

Zero Point MGMT v. Chase Bank/JP Morgan Chase Co.
Assigned to: Judge George B. Daniels
Referred to: Magistrate Judge Gary Stein
Related Case: 1:25-cv-10131-GBD-GS
Case in other court: State Court-Supreme, 655632/2025
Cause: 28:1332nr Diversity: Notice of Removal

Date Filed: 10/10/2025
Date Terminated: 01/06/2026
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Zero Point MGMT**

**Plaintiff**

**Malcolm Boyce**
*on behalf of Zero Point MGMT*

represented by **Malcolm Boyce**
350 Canal Street
Suite 194
New York, NY 10013
(917) 224-4773
*PRO SE*

V.

**Defendant**

**Chase Bank/JP Morgan Chase Co.**

represented by **Sylvia Ester Simson**
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
212-801-9200
Email: sylvia.simson@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Charles Molluzzo**
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
212-801-6809
Email: molluzzoj@gtlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2025 | 1 | NOTICE OF REMOVAL from Supreme Court of the State of New York, County of New York. Case Number: 655632/2025. (Filing Fee $ 405.00, Receipt Number ANYSDC-31836093).Document filed by JPMorgan Chase Bank, N.A.. (Attachments: # 1 Exhibit 1 Summons and Complaint, # 2 Exhibit 2 Notice of Correction to Complaint, # 3 Exhibit 3 |

| | | |
|---|---|---|
| | | Notice of Filing of Notice of Removal, # 4 Exhibit 4 Affidavit of Service, # 5 Exhibit 5 Complaint, # 6 Exhibit 6 Registration Information).(Simson, Sylvia) (Entered: 10/10/2025) |
| 10/10/2025 | 2 | CIVIL COVER SHEET filed..(Simson, Sylvia) (Entered: 10/10/2025) |
| 10/13/2025 | 3 | NOTICE OF APPEARANCE by John Charles Molluzzo on behalf of JPMorgan Chase Bank, N.A...(Molluzzo, John) (Entered: 10/13/2025) |
| 10/14/2025 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Sylvia Ester Simson. The following case opening statistical information was erroneously selected/entered: County code Albany. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State. (vf) (Entered: 10/14/2025) |
| 10/14/2025 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Sylvia Ester Simson. The party information for the following party/parties has been modified: JPMorgan Chase Bank, N.A. The information for the party/parties has been modified for the following reason/reasons: party name entered incorrectly. (vf) (Entered: 10/14/2025) |
| 10/14/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge George B. Daniels. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(vf) (Entered: 10/14/2025) |
| 10/14/2025 | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vf) (Entered: 10/14/2025) |
| 10/14/2025 | | Case Designated ECF. (vf) (Entered: 10/14/2025) |
| 10/14/2025 | 4 | INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/12/2025 at 09:45 AM in Courtroom 11A, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. SO ORDERED (Signed by Judge George B. Daniels on 10/14/2025) (ks) (Entered: 10/14/2025) |
| 10/14/2025 | 5 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Notice of Removal, addressed to Judge George B. Daniels from Sylvia E. Simson dated October 14, 2025. Document filed by Chase Bank/JP Morgan Chase Co...(Simson, Sylvia) (Entered: 10/14/2025) |
| 10/15/2025 | 6 | ORDER granting 5 Letter Motion for Extension of Time to Answer. The response to the complaint is scheduled for October 17, 2025 is extended until November 7, 2025. SO ORDERED. (Signed by Judge George B. Daniels on 10/15/2025) Chase Bank/JP Morgan Chase Co. answer due 11/7/2025 (ks) (Entered: 10/15/2025) |
| 10/20/2025 | 7 | LETTER MOTION for Conference *Requesting Clarifying Guidance Given That Plaintiff Trust Is Unrepresented.* addressed to Judge George B. Daniels from Sylvia E. Simson dated October 20, 2025. Document filed by Chase Bank/JP Morgan Chase Co...(Simson, Sylvia) (Entered: 10/20/2025) |
| 10/20/2025 | 8 | NOTICE OF ENTRY. Document filed by Zero Point MGMT.(yv) (Entered: 10/21/2025) |

| 10/21/2025 | 9 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Specific Non-Dispositive Motion/Dispute ECF No. 7. Referred to Magistrate Judge Gary Stein. Motions referred to Gary Stein. SO ORDERED (Signed by Judge George B. Daniels on 10/21/2025) (ks) (Entered: 10/21/2025) |
| --- | --- | --- |
| 10/21/2025 | 10 | ORDER: The initial pretrial conference, previously scheduled for November 12, 2025, is canceled in light of this Court's referral to Magistrate Judge Gary Stein for resolution of Defendant's non dispositive letter motion, (ECF No. 7,) and general pretrial supervision. (Signed by Judge George B. Daniels on 10/21/2025) (ks) (Entered: 10/21/2025) |
| 10/21/2025 | 11 | PLAINTIFF'S RESPONSE TO DEFENDANT'S LETTER MOTION addressed to Magistrate Judge Gary Stein from Malcolm Blair Boyce dated October 21, 2025 re: 7 LETTER MOTION for Conference *Requesting Clarifying Guidance Given That Plaintiff Trust Is Unrepresented.* addressed to Judge George B. Daniels from Sylvia E. Simson dated October 20, 2025. Document filed by Zero Point MGMT. (ar) (Entered: 10/22/2025) |
| 11/03/2025 | 12 | **FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT#13)** LETTER MOTION for Extension of Time to File Response/Reply as to 7 LETTER MOTION for Conference *Requesting Clarifying Guidance Given That Plaintiff Trust Is Unrepresented.* addressed to Judge George B. Daniels from Sylvia E. Simson dated October 20, 2025., 11 Response to Motion, addressed to Magistrate Judge Gary Stein from Sylvia E. Simson dated November 3, 2025. Document filed by Chase Bank/JP Morgan Chase Co...(Simson, Sylvia) Modified on 11/3/2025 (lb). (Entered: 11/03/2025) |
| 11/03/2025 | 13 | LETTER MOTION for Extension of Time to File Answer re: 7 LETTER MOTION for Conference *Requesting Clarifying Guidance Given That Plaintiff Trust Is Unrepresented.* addressed to Judge George B. Daniels from Sylvia E. Simson dated October 20, 2025. addressed to Magistrate Judge Gary Stein from Sylvia E. Simson dated November 3, 2025. Document filed by Chase Bank/JP Morgan Chase Co...(Simson, Sylvia) (Entered: 11/03/2025) |
| 11/03/2025 | 14 | LETTER addressed to Magistrate Judge Gary Stein from Malcolm Blair Boyce Trustee & Fiduciary Representative for Zero Point MGMT dated 11/3/2025 re: Request for Clarification on Next Procedural Step. Document filed by Zero Point MGMT. (ar) (Entered: 11/03/2025) |
| 11/04/2025 | 15 | ORDER granting 13 Letter Motion for Extension of Time to Answer re 1 Notice of Removal,.Application granted. Defendant shall file its answer or other response to Plaintiff's Complaint by no later than December 5, 2025. Plaintiff shall have until November 11, 2025 to respond to this letter and to apprise the Court of any authority which favors the position taken in Plaintiff's October 21, 2025 letter response (Dkt. No. 11) to Defendant's October 20, 2025 letter motion (Dkt. No. 7). SO ORDERED. Chase Bank/JP Morgan Chase Co. answer due 12/5/2025. (Signed by Magistrate Judge Gary Stein on 11/4/2025) (tg) (Entered: 11/04/2025) |
| 11/05/2025 | 16 | LETTER addressed to Magistrate Judge Gary Stein from Malcolm Blaire Boyce dated 11/11/2025 re: Plaintiffs Response to Defendants November 3 Letter and Submission of Supporting Authority Pursuant to Dkt. 15. Document filed by Zero Point MGMT. (mml) (Entered: 11/06/2025) |
| 11/06/2025 | 17 | MEMO ENDORSEMENT on re: 16 Letter, filed by Zero Point MGMT. ENDORSEMENT: Defendant shall respond to Plaintiff's letter, including Plaintiff's argument that it may proceed pro se because Malcolm Blair Boyce is purportedly the sole trustee and beneficiary of Zero Point Mgmt, by no later than November 14, 2025. (Signed by Magistrate Judge Gary Stein on 11/6/2025) (rro) (Entered: 11/07/2025) |

| | | |
|---|---|---|
| 11/14/2025 | 18 | LETTER addressed to Magistrate Judge Gary Stein from Sylvia E. Simson dated November 14, 2025 re: Response to Plaintiffs Submission (Doc. No. 16) Per The Courts November 6, 2025 Order (Doc. No. 17). Document filed by Chase Bank/JP Morgan Chase Co...(Simson, Sylvia) (Entered: 11/14/2025) |
| 11/17/2025 | 19 | RESPONSE re: 18 Letter. Document filed by Zero Point MGMT. (ar) (Entered: 11/20/2025) |
| 11/20/2025 | 21 | MOTION re: for Permission for Malcolm Boyce to participate in electronic case filing in this case. (sac) (Entered: 11/24/2025) |
| 11/24/2025 | 20 | OPINION AND ORDER re: 7 LETTER MOTION for Conference *Requesting Clarifying Guidance Given That Plaintiff Trust Is Unrepresented.* addressed to Judge George B. Daniels from Sylvia E. Simson dated October 20, 2025. filed by Chase Bank/JP Morgan Chase Co.. For the foregoing reasons, Plaintiff is advised that it may appear in this action only by a lawyer who is duly admitted to practice before this Court or has made a satisfactory application for admission pro hac vice. If a notice of appearance by such an attorney is not filed by January 9, 2026, Chase may file a motion to dismiss for failure to prosecute. In the meantime, Chases time to answer or otherwise respond to the Complaint is stayed pending the filing of a notice of appearance by counsel on behalf of Zero Point. SO ORDERED. (Signed by Magistrate Judge Gary Stein on 11/24/2025) (tg) (Entered: 11/24/2025) |
| 11/24/2025 | | Set/Reset Deadlines: Motions due by 1/9/2026. (tg) (Entered: 11/24/2025) |
| 11/25/2025 | | MAILING RECEIPT: Document No: 20. Mailed to: Malcolm Boyce 350 Canal Street Suite 194 New York, NY 10013. (ml) (Entered: 11/25/2025) |
| 11/26/2025 | 22 | MOTION TO SUBSTITUTE PLAINTIFF UNDER RULE 17(a)(3). Document filed by Malcolm Boyce, Zero Point MGMT. (ar) (Entered: 12/01/2025) |
| 12/01/2025 | 23 | RESPONSE in Opposition to Motion re: 22 MOTION MOTION TO SUBSTITUTE PLAINTIFF UNDER RULE 17(a)(3). . Document filed by Chase Bank/JP Morgan Chase Co...(Molluzzo, John) (Entered: 12/01/2025) |
| 12/02/2025 | 24 | PLAINTIFF'S RESPONSE TO DEFENDANT'S DECEMBER 1, 2025 LETTER. Document filed by Malcolm Boyce. (tg) (Entered: 12/04/2025) |
| 12/05/2025 | 25 | ORDER denying 22 Motion. The motion is DENIED for the reasons set forth herein. As further set forth by this Order. As required in the O&O, Plaintiff must notify the Court as to whether it has retained counsel by no later than January 9, 2026, or risk dismissal of its claims. (O&O at 12). SO ORDERED. (Signed by Magistrate Judge Gary Stein on 12/5/2025) (tg) (Entered: 12/05/2025) |
| 12/08/2025 | | MAILING RECEIPT: Document No: 25. Mailed to: Malcolm Boyce 350 Canal Street Suite 194 New York, NY 10013. (anc) (Entered: 12/08/2025) |
| 12/11/2025 | 26 | LETTER addressed to Judge George B. Daniels from Sylvia E. Simson dated December 11, 2025 re: Notification to Court of Relatedness to Existing Action in this District. Document filed by Chase Bank/JP Morgan Chase Co...(Simson, Sylvia) (Entered: 12/11/2025) |
| 12/17/2025 | | ***DELETED DOCUMENT. Deleted document number 28 RESPONSE. The document was incorrectly filed in this case. (jjc) (Entered: 12/29/2025) |
| 12/18/2025 | 27 | NOTICE REGARDING PROCEEDING WITHOUT COUNSEL. Document filed by Malcolm Boyce. (tp) (Entered: 12/18/2025) |

| | | |
|---|---|---|
| 12/22/2025 | 29 | ORDER terminating (13 in 1:25-cv-10131-GBD-GS) LETTER MOTION for Extension of Time to File Answer; terminating 10 in 1:25-cv-10131-GBD-GS) LETTER MOTION for Extension of Time to File Answer. Having considered the parties' submissions, the Court orders as follows: 1. The Second Action, which appears to be duplicative of the First Action and to be another impermissible attempt to circumvent the rule barring a non-lawyer from representing an artificial entity in federal court (see O&O at 4-5, 10; Order at 2-3), is hereby STAYED pending a determination of whether the First Action will proceed. Chase's time to answer or otherwise respond to the Complaint in the Second Action is adjourned sine die. 2. The First Action shall not be stayed or dismissed in deference to the Second Action at this time. Zero Point is again reminded that, pursuant to the O&O, it must notify the Court as to whether it has retained counsel for the First Action by no later than January 9, 2026, or risk dismissal of its claims. (O&O at 12; see Order at 4). Although Zero Point has already indicated its intention not to retain counsel, the Court will nonetheless give it an opportunity to do so by January 9, 2026, as stated in the O&O. Should Zero Point fail to notify the Court that it has retained counsel by that date, Chase is directed to submit a letter by January 13, 2026 proposing a deadline for its filing of a motion to dismiss. SO ORDERED. (Signed by Magistrate Judge Gary Stein on 12/22/2025) (mml) Modified on 12/23/2025 (mml). (Entered: 12/23/2025) |
| 12/23/2025 | 31 | **FILING ERROR - DUPLICATE DOCKET ENTRY -** NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, against the defendant(s) Chase Bank/JP Morgan Chase Co.. Document filed by Zero Point MGMT, Malcolm Boyce. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**.(jjc) Modified on 12/30/2025 (km). (Entered: 12/30/2025) |
| 12/29/2025 | | MAILING RECEIPT: Document No: 29. Mailed to: Malcolm Boyce 350 Canal Street Suite 194 New York, NY 10013. (laq) (Entered: 12/29/2025) |
| 12/30/2025 | 30 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Chase Bank/JP Morgan Chase Co.. Document filed by Malcolm Boyce. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**.(yv) (Entered: 12/30/2025) |
| 12/30/2025 | | ***NOTE TO FILER THAT THE ATTEMPTED FILING OF Document No. 31 HAS BEEN REJECTED. THIS IS A DUPLICATED DOCUMENT. Note to Filer. This is a Duplicate Document. Do Not Re-File. (km) (Entered: 12/30/2025)** |
| 12/30/2025 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 30 Notice of Voluntary Dismissal was reviewed and referred to Judge George B. Daniels for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal in a Pro Se case. (km) (Entered: 12/30/2025)** |
| 01/06/2026 | 32 | ORDER: Plaintiff Zero Point MGMT notified the Court that it will not be retaining counsel as required to proceed further with this action. (ECF No. 27.) The Clerk of Court is, therefore, respectfully directed to dismiss and close this case. SO ORDERED (Signed by Judge George B. Daniels on 1/6/2026) (ks) (Entered: 01/06/2026) |
| 01/07/2026 | | MAILING RECEIPT: Document No: 32. Mailed to: Malcolm Boyce 350 Canal Street Suite 194 New York, NY 10013. (mr) (Entered: 01/07/2026) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 02/26/2026 20:54:34 | | | |
| **PACER Login:** | PucciYZyWDuF | **Client Code:** | 202850.169700 |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-08413-GBD-GS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |