# Exhibit 15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZERO POINT MGMT,
Plaintiff,
v.
JPMORGAN CHASE BANK, N.A.,
Defendant.

Case No. 1:25-cv-08413 (GBD)(GS)

## MOTION TO SUBSTITUTE PLAINTIFF UNDER RULE 17(a)(3)

Plaintiff respectfully moves the Court, pursuant to Fed. R. Civ. P. 17(a)(3), for an order substituting MALCOLM BLAIR BOYCE, Individual as Plaintiff, in place of Zero Point MGMT.

This motion is supported by the following exhibits:

- **Exhibit A** — Absolute Assignment of Claim
- **Exhibit B** — Affidavit of Malcolm Blair Boyce (Individual)
- **Exhibit C** — Notice of Substitution of Plaintiff

## I. GROUNDS FOR RELIEF

1. Rule 17(a)(3) requires the Court to allow substitution of the real party in interest prior to any dismissal based on improper party designation.
2. Zero Point MGMT has executed an absolute assignment transferring all right, title, and interest in the cause of action to Malcolm Blair Boyce, in his individual capacity.

3. Zero Point MGMT retains ownership of the underlying security collateral, but the legal cause of action arising from Chase's denial, dishonor, and failure to cure is distinct and has been fully assigned to Boyce individually.
4. No beneficiary, creditor, or third party holds any interest in the cause of action.
5. Substitution resolves the representation issue identified in the Court's November 24, 2025 Order and permits the matter to proceed on the merits.

## II. ADDITIONAL EXPLANATION SUPPORTING SUBSTITUTION

The Court's prior Order held that the earlier assignment was ineffective because the same fiduciary capacity appeared on both sides, resulting in a "trust-to-trustee" transfer. The corrected assignment cures that defect by separating capacities:

- Assignor: Zero Point MGMT (Trust), by Boyce as Trustee
- Assignee: Malcolm Blair Boyce (Individual), acting in his personal capacity

These are legally distinct persons. The cause of action is now fully transferred out of the trust, which no longer has any beneficial or equitable interest in the claim. The Assignor and Assignee are distinct legal persons because fiduciary capacity and individual capacity are legally separate, and the corrected assignment reflects this distinction clearly.

This assignment is executed in good faith solely to cure the Rule 17(a)(3) real-party-in-interest defect identified by the Court, and not to circumvent any representation requirement.

While Zero Point MGMT retains its interest in certain administrative collateral, the claim itself is separate and independently assignable. No third-party rights are implicated. Accordingly, substitution under Rule 17(a)(3) is proper and necessary. Because the cause of action has been

fully transferred and Zero Point MGMT retains no legal or equitable interest in the claim, the trust is no longer a party whose representation is implicated in this action.

## III. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court substitute “MALCOLM BLAIR BOYCE, Individual” as Plaintiff in place of Zero Point MGMT.

Respectfully submitted,

/s/ Malcolm Blair Boyce
Plaintiff, Pro Se
350 Canal Street, Suite 194
New York, NY 10013
malcolmbboyce@gmail.com
11/26/2025

# EXHIBIT A

# ABSOLUTE ASSIGNMENT OF CLAIM

Date: November 26th, 2025

**Assignor:**
ZERO POINT MGMT
By: Malcolm Blair Boyce, Trustee

**Assignee:**
MALCOLM BLAIR BOYCE, Individual

## 1. Assignment

Assignor hereby absolutely assigns, transfers, and conveys to Assignee:

- All right, title, and interest in the cause of action asserted in *Zero Point MGMT v. JPMorgan Chase Bank, N.A.*, Case No. 1:25-cv-08413;
- All associated enforcement rights, remedies, and interests.

Assignor retains no beneficial, residual, or equitable interest in the cause of action.

## 2. Intent of Transfer

This assignment is executed for the purpose of placing complete ownership of the cause of action in the hands of the real party in interest, allowing the action to proceed in the Assignee's individual capacity and eliminating any representational conflict involving the trust.

## 3. Acceptance

Assignee hereby accepts full and exclusive personal ownership of the cause of action and all rights arising therefrom.

**Assignor:**

ZERO POINT MGMT

By: ____________________________
Malcolm Blair Boyce, Trustee
Date: __________________________

**Assignee:**

______________________________
Malcolm Blair Boyce, Individual
Date: __________________________

**STATE OF ___________________________ )**

**COUNTY OF _________________________ ) ss.:**

On this _____ day of _____________________, 2025, before me, the undersigned Notary Public, personally appeared MALCOLM BLAIR BOYCE, known to me or satisfactorily proven to be the individual whose name is subscribed to the foregoing Absolute Assignment of Claim, and acknowledged that he executed the same:

- in his capacity as Trustee of ZERO POINT MGMT, as Assignor; and
- in his individual, non-fiduciary capacity, as Assignee.

Notary Public

My commission expires: _____________________

# EXHIBIT B

Case 1:25-cv-08413-GBD-GS Document 72-2 Filed 12/26/25 Page 8 of 12

**AFFIDAVIT OF MALCOLM BLAIR BOYCE**

I, Malcolm Blair Boyce, being duly sworn, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the individual Assignee of the cause of action previously asserted by Zero Point MGMT in *Zero Point MGMT v. JPMorgan Chase Bank, N.A.*, Case No. 1:25-cv-08413 (GBD)(GS).
2. The cause of action arising from Chase's denial, dishonor, and failure to cure has been absolutely assigned to me in my individual capacity pursuant to the Absolute Assignment of Claim attached as Exhibit A.
3. Zero Point MGMT holds no remaining legal, equitable, or beneficial interest in the cause of action assigned to me.
4. No beneficiary, creditor, or third party holds any interest in the cause of action that has been assigned to me.
5. Any former "future beneficiaries" named in the original trust instrument held no vested, present, or enforceable interest, and the assignment of the cause of action does not affect any third-party rights.
6. No past, present, or future beneficiary held any vested or enforceable interest capable of being impacted by this assignment.

**Clarification Regarding Correction of Prior Defect**

The Court's November 24, 2025 Order noted that the earlier assignment was ineffective because I signed on behalf of both the Assignor and Assignee in the same fiduciary capacity, resulting in what the Court treated as a "trust-to-trustee" transfer that did not move ownership of the cause of

action out of Zero Point MGMT. The corrected assignment fully resolves that issue. Zero Point MGMT appears solely as Assignor through me in my fiduciary capacity as Trustee, while I receive the cause of action exclusively in my individual, non-fiduciary capacity as Assignee. These capacities are legally distinct. As a result, the cause of action is now held solely by me individually, separate from any trust-owned property, and Zero Point MGMT no longer possesses any interest in this lawsuit. No party's rights are implicated by this transfer, and I am the only real party in interest for purposes of Fed. R. Civ. P. 17(a)(3).

6. I am the sole real party in interest for purposes of prosecuting this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26th, 2025.

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce, Individual

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZERO POINT MGMT,
Plaintiff,
v.
JPMORGAN CHASE BANK, N.A.,
Defendant.

Case No. 1:25-cv-08413 (GBD)(GS)

## NOTICE OF SUBSTITUTION OF PLAINTIFF

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 17(a)(3), and upon the filing of the accompanying Absolute Assignment of Claim (Exhibit A) and Declaration of Malcolm Blair Boyce (Exhibit B), the following substitution of parties is requested:

**Former Plaintiff:** ZERO POINT MGMT

**New Plaintiff:** MALCOLM BLAIR BOYCE, Individual

Upon approval by the Court, all future filings, pleadings, and proceedings shall reflect MALCOLM BLAIR BOYCE, Individual, as the sole Plaintiff in this action.

Respectfully submitted,

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce, Pro Se
350 Canal Street, Suite 194
New York, NY 10013
malcolmbboyce@gmail.com
11/26/2025

**CERTIFICATE OF SERVICE**

I, Malcolm Blair Boyce, hereby certify that on November 26, 2025, I served a true and correct copy of the following documents:

- Motion to Substitute Plaintiff Under Rule 17(a)(3)
- Exhibit A — Absolute Assignment of Claim
- Exhibit B — Declaration of Malcolm Blair Boyce (Individual)
- Exhibit C — Notice of Substitution of Plaintiff

by electronic mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), upon counsel for Defendant at the following email addresses:

Sylvia E. Simson
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Email: SimsonS@gtlaw.com

John C. Molluzzo Jr.
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Email: MolluzzoJ@gtlaw.com

I further certify that I submitted these documents for filing via electronic mail to the Court's Pro Se Filing inbox at:

Temporary_Pro_Se_Filing@nysd.uscourts.gov
Dated: November 26, 2025

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce
Plaintiff, Pro Se
350 Canal Street, Suite 194
New York, NY 10013
malcolmbboyce@gmail.com