# Exhibit 17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZERO POINT MGMT, Plaintiff,
v.
JPMorgan Chase Bank, N.A., Defendant.

Case No. 1:25-cv-08413 (GBD)(GS)

## NOTICE REGARDING PROCEEDING WITHOUT COUNSEL

Plaintiff Zero Point MGMT respectfully notifies the Court that it will not be retaining counsel to proceed further in this action.
Accordingly, Plaintiff does not oppose administrative closure or dismissal of this action without prejudice. This notice is submitted to ensure clarity of the record and to avoid unnecessary use of judicial resources.

Respectfully submitted,

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce
Trustee, Zero Point MGMT
350 Canal Street, Suite 194
New York, NY 10013
malcolmbboyce@gmail.com
Dated: December 17th, 2025

Case 1:25-cv-10341-GBD-GS Document 27-1 Filed 12/17/25 Page 2 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2025, I served a true and correct copy of the foregoing letter on counsel for Defendant by electronic mail, addressed as follows:

Sylvia E. Simson
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Email: SimsonS@gtlaw.com

John C. Molluzzo Jr.
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Email: MolluzzoJ@gtlaw.com

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce, Trustee
ZERO POINT MGMT
350 Canal Street, Suite 194
New York, NY 10013
malcolmbboyce@gmail.com