# Exhibit 18

Case 1:25-cv-08413-GBD-GS Document 30 Filed 12/23/25 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZERO POINT MGMT,
Plaintiff,
v.
JPMORGAN CHASE BANK, N.A.,
Defendant.

Case No. 1:25-cv-08413-GBD-GS

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**
Plaintiff ZERO POINT MGMT hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not filed an answer or a motion for summary judgment.

Dated: December 23rd, 2025
New York, New York
Respectfully submitted,

/s/MalcolmBlairBoyce
Malcolm Blair Boyce
Trustee, ZERO POINT MGMT
350 Canal Street, Suite 194
New York, NY 10013
Email: malcolmbboyce@gmail.com

Certificate of Service

I certify that on December 23rd, 2025, a true and correct copy of this Notice of Voluntary Dismissal Without Prejudice was served via electronic mail on counsel for Defendant, Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, NY 10017.

/s/ Malcolm Blair Boyce
Malcolm Blair Boyce