# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOLM BLAIR BOYCE,<br><br>                   Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>                   Defendant. | Case No. 1:25-cv-10131-GBD-GS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Michael V. Pucci, hereby appears as counsel in this action on behalf of JPMorgan Chase Bank, N.A., and requests that all notices and papers herein be served upon the undersigned at the address given below. Undersigned counsel is admitted to practice in this Court.

Dated: February 27, 2026
       Miami, Florida

Respectfully submitted,

GREENBERG TRAURIG, P.A.

By:       */s/ Michael V. Pucci*
         Michael V. Pucci

333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Tel: (305) 579-0648
Michael.Pucci@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2026, a copy of the foregoing was filed electronically through the Court's CM/ECF which will, in turn, send a notice of electronic filing to all counsel of record.

                                                               */s/ Michael V. Pucci*