**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MALCOLM BLAIR BOYCE,

Plaintiff,

-against-

JP MORGAN CHASE BANK, N.A.

Defendant.

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

25 Civ. 10131 (GBD)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:______________________

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

**ECF No. 25**

Dated: June 17, 2026

SO ORDERED.

GEORGE B. DANIELS
United States District Judge