**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MALCOLM BLAIR BOYCE,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A.,

Defendant.

No. 1:25-cv-10131 (GBD)(GS)

**NOTICE OF MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Memorandum Decision and Order dated September 22, 2026 (ECF No. 39), and all prior pleadings and proceedings in this action and in *Zero Point MGMT v. Chase Bank/JP Morgan Chase Co.*, No. 25-CV-8413 (GBD) (GS), Plaintiff Malcolm Blair Boyce, proceeding *pro se*, will move this Court before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an order pursuant to Federal Rules of Civil Procedure 59(e) and 41(b):

(1) altering or amending the judgment so that the dismissal under Federal Rule of Civil Procedure 41(b) is without prejudice, while the dismissal of the four pleaded causes of action under Rule 12(b)(6) remains with prejudice;

(2) expressly reserving, pursuant to Restatement (Second) of Judgments § 26(1)(b), the right of Plaintiff or Zero Point MGMT, appearing through counsel where required by law, to assert in a separate action any claim not asserted in this action arising under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.*, or Regulation B, 12 C.F.R. pt. 1002, relating to

Defendant's August 5, 2025 notice of adverse action, without determining the merits or timeliness of any such claim or waiving any defense;

(3) in the alternative, amending the judgment to include only the reservation described in paragraph (2); and

(4) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing papers must be served within fourteen days after service of the moving papers, and any reply papers must be served within seven days after service of the opposing papers, unless the Court orders otherwise.

Dated: October 6th, 2026

New York, New York

Respectfully submitted,

______________________________

Malcolm Blair Boyce
Plaintiff, pro se
350 Canal Street, Suite 194
New York, NY 10013
(718)864-6042
MalcolmBBoyce@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 6th, 2026, I caused a true and correct copy of the foregoing Notice of Motion, the accompanying Memorandum of Law, and the Proposed Amended Judgment to be served on counsel of record for Defendant JPMorgan Chase Bank, N.A.,by [ECF / first-class mail / email by consent].

______________________________

Malcolm Blair Boyce