**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MALCOLM BLAIR BOYCE,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No. 1:25-cv-10131 (GBD)(GS)<br><br>**[PROPOSED] AMENDED JUDGMENT** |

Plaintiff having moved pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the judgment entered on the Court's Memorandum Decision and Order dated September 22, 2026 (ECF No. 39), and the Court having considered the parties' submissions, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. Magistrate Judge Gary Stein's Report and Recommendation (ECF No. 33) is ADOPTED, and Defendant's motion to dismiss (ECF No. 25) is GRANTED.

2. Plaintiff's causes of action for breach of contract, wrongful dishonor, unjust enrichment, and declaratory judgment are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. The dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) is without prejudice.

4. This judgment is without prejudice to, and the Court expressly reserves, the right of Plaintiff or Zero Point MGMT, appearing through counsel where required by law, to assert in a separate action any claim not asserted in this action arising under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.*, or Regulation B, 12 C.F.R. pt. 1002, relating to Defendant's August

5, 2025 notice of adverse action. Nothing in this judgment determines the merits or timeliness of any such claim, and Defendant reserves all defenses.

5. The Clerk of Court is directed to close this case.

Dated: ____________, 2026

New York, New York

SO ORDERED.

________________________________

GEORGE B. DANIELS

United States District Judge